**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

No. 02-50136

_____

In The Matter Of: FEDERAL-MOGUL GLOBAL, INC.,

                                                              Debtor

-------------------------------------------------------------------

VAN H MCNIEL; SUSAN MCNIEL,

                                                          Appellees,

VERSUS

DRESSER INDUSTRIES,

                                                         Appellant.

_____

Appeal from the United States District Court
for the Western District of Texas
(SA:02-CV-123)

_____

April 29, 2002

Before: DeMOSS, PARKER, and DENNIS, Circuit Judges

PER CURIAM: [*]

    For the reasons stated in *Arnold v. Garlock*, 278 F.3d 426
(5th Cir. 2001), *reh'g denied*, No. 01-41327, 2002 WL 530579 (5th

_____

    [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1

Cir. Apr. 9, 2002), the motion for stay pending appeal in this case is DENIED and the temporary stay entered on February 14, 2002 is hereby dissolved. We are mindful of the appellant's petition for bankruptcy under Chapter 11 in the United States Bankruptcy Court for the Western District of Pennsylvania and of the injunction issued by that court against the advancement of asbestos actions against the appellant. Regardless, those proceedings are unrelated to and unaffected by the motion for stay pending appeal of the appellant's motion in the district court to transfer this action to the United States District Court for the District of Delaware under 28 U.S.C. § 157(b)(5).

The appellant's motions to file in excess pages the motion for stay pending appeal and for leave to file supplemental motion for stay pending appeal are DENIED as MOOT.